UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| VALERIE A. DARNELL,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY;<br><br>Defendant. | 5:17-CV-05002-VLD<br><br>ORDER ON MOTION FOR ATTORNEYS' FEES AND COSTS (DOCKET NO. 23) |

Pending is plaintiff's motion for attorneys' fees and costs (Docket 23). The Commissioner has no objection to the motion. Accordingly, it is hereby

ORDERED that plaintiff's motion is granted as follows: Plaintiff is awarded Equal Access to Justice Act ("EAJA") attorneys fees of $7,325.97, $476.19 in expenses under the EAJA representing 6.5% state and local sales tax on the attorneys fees; and $400.00 in costs from the judgment fund, representing the court filing fee. The total awarded to plaintiff is $8,202.16. Funds shall be made payable to plaintiff. After any offset to satisfy any pre-existing debts the plaintiff may owe to the United States, the Treasury Department will send the remaining amount to the office of plaintiff's counsel.

DATED this 30th day of May, 2018.

           BY THE COURT:

           _____
           VERONICA L. DUFFY
           United States Magistrate Judge